NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


XAVIER THOMAS,                         )
                                       )
            Appellant,                 )
                                       )
v.                                     )            Case No. 2D17-4352
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed January 4, 2019.

Appeal from the Circuit Court for
Manatee County; Thomas W. Krug,
Judge.

Howard L. Dimmig, II, Public Defender,
And Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.